# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CASSANDRA ALESIA PAGE,

                Plaintiff,           20 **CIVIL** 7564 (SLC)

      -v-                  **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 12, 2021, that this action be, and hereby is, reversed and remanded to the Acting Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the ALJ will be directed to offer the plaintiff an opportunity for a hearing.

**Dated:** New York, New York
         November 12, 2021

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                 **BY:**      *K. Mango*

                                                                     **Deputy Clerk**